# COURT OF CRIMINAL APPEALS
## OF TEXAS

83,470 01

THE STATE OF TEXAS §
§
VS. §
§
HOWARD HARRIS Jr. §

Tr. Ct. No. 12-02272-CRF-85

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 18 2015
Abel Acosta, Clerk

## MANDAMUS

To the Court of Criminal Appeal of Texas:
I Howard Harris Jr., was affirmed 12-11-2015, on direct appeal. I filed a PDR, which has been denied. My Pro Se motion for rehearing was denied on 6-3-2015. Now I am seeking to file a habeas cropus petition attacking the constitutionality of the conviction and sentence in the above number. As the courts are aware the 1996 Antiterrorism and Effective Death Penalty Act place time limitation on filing habeas cropus petitions. Hopefully, that this court can get David Hilburn the trial lawyer in the above case number, act consistent with the American Bar Association standards and not impede my rights to challenge the constitutionality of the conviction and sentence in the above case number, and forward the case file to the defendant Howard Harris Jr., at Telford Unit #1882438, State Hwy. 98, New Boston R., 75570. I have written letters to Mr. Hilburn on the following dates: 6-6-2014, 6-9-2014, 1-12-2015, and 1-30-2015 requesting the complete file

—1—

in the above case number. I also wrote a Motion to Compel Attorney David Hilburn to Surrender the case file in the above case number, to the trial judge J. D. Lanely on 4-24-2015, and I sent two letters to the CAAP, requesting a formal grievance application on 2-20-15 and 3-12-15, so I can get Mr. Hilburn to send the case file in the above case number. As of 6-10-15, I still have not recieved my case file. I feel that I am being denied my rights to challenge the constitutionality of my conviction and sentence, because I need my case file to be able to file a habeas corpus petition.

I PRAY that this Court, can contact Mr. Hilburn or his office and get him to send me the entire case file in his possession including all discovery material, pretrial motions, responses and others, because as of 6-10-15 I am being denied my rights to challenge the consititutionality of my conviction and sentence.

Sincerely
Howard Harris Jr.
# 1882438
Telford Unit
3899 State Hwy. 98
New Boston, Tx. 75570

cc: file

-2-